UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2024
```

---------------------------------------------------------------X

RAUL AMADOR,                           :
                                       :
                         Plaintiff,    :
                                       :          1:23-cv-9634-GHW
            -against-                  :
                                       :               ORDER
DYLAN S OSMA, *and* KYCENOS            :
TRUCKING LLC,                          :
                                       :
                         Defendants.:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       Plaintiff filed his complaint on November 1, 2023.  Dkt. No. 1.  On April 4, 2024, the Court

ordered Plaintiff to show cause as to why this action should not be dismissed for failure to serve

process in the time allotted by Federal Rule of Civil Procedure 4(m).  Dkt. No. 7.  The following

week, Plaintiff supplied affidavits of service and a letter updating the Court on the status of the case.

Dkt. Nos. 8–11.  In response to Plaintiff's representation that Defendants are "in default," Dkt. No.

11, on April 15, 2024, the Court stated that it "expect[ed] that any application for the issuance of an

order to show cause for default judgment would be filed no later than April 29, 2024, in a manner

consistent with the Court's Individual Rules of Practice," Dkt. No. 12.  The application did not

arrive.  Plaintiff is directed to comply with the Court's April 15, 2024 order forthwith, and in any

event no later than May 3, 2024.  Plaintiff is directed to serve a copy of this order on Defendants

and to retain proof of service.

       SO ORDERED.

Dated:  April 30, 2024                    _____
                                                GREGORY H. WOODS
                                              United States District Judge