```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
  RAUL AMADOR,                                                 :
                                                               :
                              Plaintiff,                       :
                                                               :
                  -against-                                    :
                                                               :
  DYLAN S OSMA, and KYCENOS                                    :
  TRUCKING LLC,                                                :
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2024

1:23-cv-9634-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On April 26, 2024 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than May 10, 2024. Dkt. No. 16. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's April 26, 2024 order forthwith, and in no event later than May 17, 2024.

SO ORDERED.

Dated: May 13, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge