UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAUL AMADOR,

                    Plaintiff(s),

          -v-

DYLAN S. OSMA,

                    Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/24/2024__

**ORDER**

23-CV-9634 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The parties submitted a joint request to extend the deposition deadline for the purpose of conducting the deposition of Defendant Kycenos Trucking, LLC. ECF No. 31. The parties' joint motion for an extension is hereby GRANTED. The deadlines in this case are adjourned as follows:

- The date by which all non-expert discovery shall be completed is adjourned to December 15, 2024 for the sole purpose of completing the deposition of Defendant Kycenos Trucking, LLC;

- The date by which the disclosure of the identities and reports of experts required by Rule 26(a)(2) will be made is adjourned to January 10, 2025;

- The date by which depositions of experts will be completed is adjourned to February 28, 2025; and

- The date by which pre-trial motions, if any will be filed; or if no such motions are contemplated, the date by which Plaintiff will supple pretrial order materials to Defendants; and the date by which the parties will submit a joint

pretrial order in accordance with the procedures of Judge Woods is adjourned

to April 11, 2025.

**SO ORDERED.**

Dated: October 24, 2024
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge