UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2025

---------------------------------------------------------------X

RAUL AMADOR,                               :
                                          :
                          Plaintiff,      :
                                          :          1:23-cv-9634-GHW
          -against-                       :
                                          :              ORDER
DYLAN S OSMA, *and* KYCENOS               :
TRUCKING LLC,                             :
                                          :
                          Defendants.:
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 1, 2025, Magistrate Judge Ricardo extended the deadline for the parties to submit

pretrial materials in accordance with Rule 5 of Judge Woods's Individual Rules of Practice in Civil

Cases to May 12, 2025. Dkt. No. 38. Judge Woods held a conference on April 3, 2025 to discuss

the Court's expectations regarding the parties' required pretrial submissions. Dkt. No. 39.

On April 17, 2025, the parties submitted a letter requesting a further extension of their

deadline to submit the required pretrial materials to July 11, 2025. Dkt. No. 42. The letter stated

that the parties "believe the parties should be able to conclude mediation" regarding a potential

settlement by July 11, 2025, and accordingly, that a July 11, 2025 deadline for pretrial submissions

"would avoid the need for further request[s] for extensions." *Id.* The parties' request for an

extension is granted. The parties' deadline to submit the pretrial materials described in Judge

Woods's Individual Rule 5 is extended to July 11, 2025.

Having established a deadline for the parties to submit their pretrial materials that will "avoid

the need for further request[s] for extensions," *id.*, and having already discussed the Court's

expectations regarding the parties' pretrial materials during the April 3, 2025 conference, the Court is

inclined to schedule a trial in this matter. The parties are directed to submit a joint letter by no later

than April 24, 2025 setting forth (i) their present best estimate for how long a trial will take in this

matter; and (ii) their availability to hold a trial in this matter in the fourth quarter of 2025 and the

first quarter of 2026.

      SO ORDERED.

Dated:  April 18, 2025
New York, New York

                           GREGORY H. WOODS
                          United States District Judge