```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAUL AMADOR,

                           Plaintiff,

            -against-

DYLAN S OSMA, *and* KYCENOS
TRUCKING LLC,

                       Defendants.
----------------------------------------------------------------- X

1:23-cv-9634-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On April 18, 2025, the Court directed the parties to submit a joint letter by no later than April 24, 2025 setting forth (i) their present best estimate for how long a trial will take in this matter; and (ii) their availability to hold a trial in this matter in the fourth quarter of 2025 and the first quarter of 2026. Dkt. No. 43. No such letter has been submitted. The parties are ordered to comply with the Court's April 18, 2025 order forthwith, and in no event later than April 30, 2025.

      SO ORDERED.

Dated: April 27, 2025

                                                        _____
                                                            GREGORY H. WOODS
                                                     United States District Judge