UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2025
```

-------------------------------------------------------------------- X
                      :

RAUL AMADOR,                  :
                      :

           Plaintiff,     :       1:23-cv-9634-GHW
                      :

     -against-        :        <u>ORDER</u>
                      :

DYLAN S. OSMA *and* KYCENOS TRUCKING LLC,  :
                      :

          Defendants.  :
                      :
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      A jury trial in this matter will begin on **Monday, January 26, 2026 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Tuesday, December 16, 2025 at 1:00 p.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

      Given that the trial will not take place until next year, the parties' deadline to submit the pretrial materials described in the Court's Individual Rule 5 is extended to October 6, 2025. The parties are directed to submit the following materials no later than October 6, 2025: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

      As part of the joint pretrial order, each party is required to submit designations of the deposition testimony to be offered in its chase in chief, as well as any counter-designations to designations by the other party. In addition to submitting their designations as part of the joint

pretrial order, the parties must submit their designations and counter-designations in a native Excel

spreadsheet that meets the requirements set forth in the Court's Individual Rule 5(B)(iv).  As

explained in Rule 5(B)(iv), the parties may request a template Excel spreadsheet that illustrates the

information that the parties must provide to the Court for this purpose from the Courtroom

Deputy.

     SO ORDERED.

Dated:  May 2, 2025
New York, New York

                                             GREGORY H. WOODS
                                   United States District Judge