UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAUL AMADOR,                                    Case No. 1:23-cv-9634

                     Plaintiff,            **NOTICE OF MOTION FOR SUMMARY JUDGMENT ON LIABILITY AND TO STRIKE AFFIRMATIVE DEFENSES**

    *-against-*

DYLAN OSMA and KYCENOS TRUCKING, LLC,

                  Defendant(s).

------------------------------------------------------------------X

PLEASE TAKE NOTICE that the Plaintiff RAUL AMADOR by his counsel OMRANI & TAUB, P.C. respectfully request that the Court:

1. Pursuant to FRCP 56 grant summary judgment on the question of liability in favor of the plaintiff since there are no genuine disputes as to any material fact and the movant is entitled to judgment as a matter of law; and

2. Strike and dismiss any affirmative defenses raised sounding in "comparative fault," culpable conduct, or contributory fault on the part of the plaintiff (First and Ninth Affirmative Defenses); and

3. Strike all affirmative defenses claimed where the defendants have failed to articulate or provide any evidentiary or legal basis to support such claimed defenses (Third, Eleventh and Thirteenth Affirmative Defenses); and

4. Set this matter down for a trial on damages only; and

5. Grant such other and further relief as to the Court may seem just and proper.

In support of this motion, the plaintiff by her counsel submits the Declaration/Affirmation of James L. Forde, Esq. accompanied by Exhibits "1" through "9," the Plaintiff's Rule 56.1 Statement of Material Facts, and Plaintiff's Memorandum of Law.

Dated: New York, New York
October 2, 2025

*James L. Forde*
James L. Forde, Esq.
JLF9684
OMRANI & TAUB, P.C.
488 Madison Avenue, 20th Flr.
New York, New York 10022
(212) 714-1515
jforde@omraniandtaub.com


To: GALLO VITUCCI KLAR LLP
Melissa Patzelt-Russo, Esq.
*Attorneys for Defendants*
90 Broad Street, Suite 1202
New York, New York 10004
(212) 683-7100
File No.: PROG.2023077
mjordan@gvlaw.com