USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

RAUL AMADOR,

                Plaintiff,

        -v -

DYLAN S. OSMA, *et al.*,

                Defendants.

-----------------------------------------------------------------X

1:23-cv-9634-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    As stated on the record during the telephone conference held on October 3, 2025, Plaintiff's motion for summary judgment, Dkt. No. 48, is DENIED. The deadline for the parties to submit their pre-trial materials described in the Court's May 5, 2025 order, Dkt. No. 46, is extended to October 20, 2025. Except as expressly modified by this order, the Court's May 5, 2025 order remains in full force and effect.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 48.

    SO ORDERED.

Dated: October 3, 2025
New York, New York

                                          GREGORY H. WOODS
                                          United States District Judge