USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2025

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAUL AMADOR,                                   :
                                               :
                        Plaintiff,             :
                                               :              1:23-cv-9634-GHW
            -against-                          :
                                               :                   ORDER
DYLAN S. OSMA, et al.,                         :
                                               :
                        Defendants.            :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

On October 3, 2025, the Court extended the deadline for the parties to submit their pre-trial materials to October 20, 2025. Dkt. No. 52. Those materials have not been submitted. Accordingly, the parties are directed to comply with the Court's October 3, 2025 order forthwith, and in no event later than October 23, 2025.

SO ORDERED.

Dated: October 21, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge