```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
RAUL AMADOR,                                                   :
                                                               :
                                         Plaintiff,            :     1:23-cv-9634-GHW
                                                               :
              -against-                                        :              ORDER
                                                               :
DYLAN S. OSMA, *et al.*,                                       :
                                                               :
                                         Defendants.           :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

By letter dated October 21, 2025, the parties have informed the Court that this case has settled. Accordingly, it is hereby ORDERED that the deadline for the parties to submit their pre-trial materials described in the Court's May 2, 2025 order, Dkt. No. 46, is extended to November 20, 2025 to allow the parties time to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Except as expressly modified by this order, the Court's May 2, 2025 order, including the dates on which the Court will hold a final pretrial conference in this case and the trial dates, remains in full force and effect unless and until the parties file a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      SO ORDERED.

Dated: October 21, 2025
       New York, New York

                                            GREGORY H. WOODS
                                        United States District Judge